**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

BERNADINE LOWELL, *et al.*,

*Plaintiffs*,

v.

ISLAMIC REPUBLIC OF IRAN,

*Defendant*.

Civil Action No. 25 - 931 (SLS)
Judge Sparkle L. Sooknanan

**ORDER**

For the reasons stated in the Court's Memorandum Opinion, ECF No. 42, the Court **GRANTS IN PART** the Plaintiffs' Motion for Default Judgment, ECF No. 29.

**ORDERED** that pursuant to Federal Rule of Civil Procedure 54(b), final judgment on liability is entered as to all claims by the ten bellwether Plaintiffs associated with the five bellwether attacks addressed in the Court's Memorandum Opinion. The Court concludes that there is no just reason for delay in entering a final judgment. Iran, an absent defendant, will not be prejudiced by "staggered appeals or the like," *Sheikh v. Republic of Sudan*, 485 F. Supp. 3d 255, 274 (D.D.C. 2020), and the Plaintiffs may recover damages from the United States Victims of State Sponsored Terrorism Fund only with a final judgment, *see* 34 U.S.C. § 20144(c)(2)(A); *Cabrera v. Islamic Republic of Iran*, No. 18-cv-2065 (D.D.C. July 19, 2022) (entering final judgment as to liability for bellwether attacks).

**SO ORDERED.**

SPARKLE L. SOOKNANAN
United States District Judge

Date: September 23, 2026